# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 9/9/22
White Plains, NY

Sentencing adjourned to 11/28/2022 at 11:30 a.m.
Defense submission due 11/14/22.
Government submission due 11/21/22.

**BY ECF & E-MAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Toby Murchison*, 22-cr-172-1 (VB)

Dear Judge Briccetti:

I write to request an adjournment of Mr. Murchison's sentencing (currently scheduled for October 14, 2022) to late November or early December 2022. Defense counsel is not available from November 22-25.

The final pre-sentence report will not be disclosed until September 30, 2022, when defense counsel is on trial. Counsel and Mr. Murchison need time to digest and respond to Probation's recommended sentence. Moreover, my office is still gathering letters of support, medical records, and treatment records regarding Mr. Murchison's history.

Mr. Murchison understands the reasons behind this requested adjournment and has no objection. I have discussed this request with Assistant United States Attorney Stephanie Simon, who also has no objection.

Therefore, Mr. Murchison respectfully requests his sentencing be adjourned to late November or early December 2022. Defense counsel is not available from November 22-25.

Sincerely,

Rachel S. Martin
Assistant Federal Defender

cc:   Stephanie Simon, AUSA