UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TOBY MURCHISON,

               Defendant.

**ORDER OF RESTITUTION**

22 Cr. 172 (VB)

     Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Stephanie Simon, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count 1 of the above Information; and all other proceedings in this case; and upon the consent of TOBY MURCHISON, the Defendant, by and through his counsel, Rachel Martin, Esq., it is hereby ORDERED that:

     TOBY MURCHISON, the Defendant, shall pay restitution in the total amount of $6,000 to the victim of the offense charged in Count 1 of the Information. The name, address, and amount owed to the victim are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
       January 12, 2023

_____
HON. VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE